*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 6, 2014                 518327
_____

In the Matter of RANDY JONES,
                    Petitioner,

      v

HAROLD GRAHAM, as                        MEMORANDUM AND JUDGMENT
      Superintendent of Auburn
      Correctional Facility,
                    Respondent.
_____

Calendar Date:  September 16, 2014

Before:  Peters, P.J., Stein, Rose, Egan Jr. and Devine, JJ.

                      _____


      Randy Jones, Auburn, petitioner pro se.

      Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                      _____


      Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating certain prison disciplinary rules.

      Determination confirmed.  No opinion.

      Peters, P.J., Stein, Rose, Egan Jr. and Devine, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court